March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

                                -v-

_____-CR-_____(___)(___)

Gangadai Rampersaud ,

21m3776

Azim                              Defendant(s).
-----------------------------------------------------------------X

Defendant _Gangadai Rampersaud Azim_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

X
___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence


    /s/ Gangadai Rampersaud Azim                    /s/ Marne L. Lenox
_____         _____
Defendant's Signature                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Gangadai Rampersaud Azim                 Marne L. Lenox
_____         _____
Print Defendant's Name                  Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


_____4/8/21_____          _____
Date                                    U.S. Magistrate Judge